# SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

TEL. (917) 373-9128
FAX (718) 504-7555
ShakedLawGroup@Gmail.com

April 1, 2021

**VIA ELECTRONIC FILING**
Honorable John G. Koeltl
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

| Application granted. | |
|---|---|
| SO ORDERED | |
| | /s/ John G. Koeltl |
| April 2, 2021 | John G. Koeltl |
| New York, NY | U.S.D.J. |

Re:   Linda Slade v. Hu Master Holdings LLC
         1:20-cv-10960-JKG
         Application to Reopen and Extend Time to File Stipulation of Discontinuance

Dear Judge Koeltl,

We represent the Plaintiff in the above-referenced matter. On March 3, 2021, your Honor ordered that, in light of the settlement of the case, "this matter be discontinued . . . provided, however, that within 30 days of the date of this order [March 3, 2021], counsel for the plaintiff may apply by letter . . . to reopen . . ."

This letter shall advise the Court that the settlement has yet to be consummated and that the parties request an additional fourteen (14) days to consummate the settlement and file the Stipulation of Dismissal.

No prior requests for extensions have been made. This application is made with the consent of all parties.

Thank you for your consideration.

Respectfully submitted,

Dan Shaked, Esq.

cc: Erika Rosenblum, Esq.